# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146576

HERMAN J. ANDERSON and CHARLES R.
SCALES JR.,
      Plaintiffs-Appellants,

v

HUGH M. DAVIS JR. and CONSTITUTIONAL
LITIGATION ASSOCIATES PC,
      Defendants-Appellees.

SC: 146576
COA: 306342
Wayne CC: 10-007084-CK

_____/

On order of the Court, the application for leave to appeal the December 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



s0520

Clerk